# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CODING TECHNOLGIES, LLC, | § |
| Plaintiff, | § Case No.: _____ |
| vs. | § |
| SCHOOL SPECIALTY, INC., | § **CORPORATE DISCLOSURE STATEMENT** |
| Defendant. | § **INJUNCTIVE RELIEF DEMANDED** |
| | § **JURY TRIAL DEMANDED** |

Plaintiff, CODING TECHNOLOGIES, LLC, is a Texas limited liability company. CODING TECHNOLOGIES, LLC has no parent corporation, and no publicly held company owns 10% or more of its stock.

**DATED** on April 30, 2018

                                                Respectfully submitted,

                                                STAMOULIS & WEINBLATT, LLC

                                                */s/ Stamatios Stamoulis*
                                                Stamatios Stamoulis (No. 4606)
                                                Richard C. Weinblatt (No. 5080)
                                                Two Fox Point Centre
                                                6 Denny Road, Suite 307
                                                Wilmington, DE 19809
                                                (302) 999-1540
                                                stamoulis@swdelaw.com
                                                weinblatt@swdelaw.com

                                                *Attorneys for Plaintiff,*
                                                CODING TECHNOLOGIES LLC